# UNITED STATES BANKRUPTCY COURT

### For the Western District of Missouri

| | | |
|---|---|---|
| Christopher C. York | ) | Case No. 12-60669-abf13 |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | |
| Green Tree Servicing, LLC | ) | Adv. No. 12-06071-abf |
| | ) | |
| Defendant(s) | ) | |

## JUDGMENT

■   This proceeding having come on for trial or hearing before the court, the Honorable , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*[OR]*

■   This proceeding having come on for trial before the court and a jury, the Honorable , United States Bankruptcy Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict.

*[OR]*

■   The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman, Chief United States Bankruptcy Judge, and a decision having been reached without trial or hearing,

**IT IS ORDERED AND ADJUDGED:** that Judgment by Default is hereby entered in favor of Plaintiff Christopher C. York, in accordance with Document Number 7, Order on Complaint To Avoid Junior Lien or Real Property and Treat as Unsecured Claim, the claim of Defendant Green Tree Servicing, LLC.

Ann Thompson
*Court Executive*

*[Seal of the U. S. Bankruptcy Court]*

Date of Issuance:      March 11, 2013

/s/Sharon Greene

Deputy Clerk

A copy of the foregoing mailed conventionally or electronically to:
Nicole L. Greeson on behalf of Plaintiff
Dana M. Estes on behalf of the Chapter 13 Trustee
Green Tree Servicing, LLC, Defendant

Court to serve parties not receiving electronic notice

Judgment entered     3/11/13